AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

SONY BMG MUSIC ENTERTAINMENT,
a Delaware general partnership; et al,

        Plaintiffs,

v.

TERRY PORTER,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-08-5026-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiffs and against Defendant Terry Porter in the amount of $3,750.00.

Defendant shall further pay Plaintiffs' costs of suit in the amount of $420.00.

October 2, 2008
*Date*

JAMES R. LARSEN
*Clerk*
s/ Shirley Peters
*(By) Deputy Clerk*
Shirley Peters